UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-V-

ANTONINO GIULIANO

Case No. 6:06-CR-239-ORL-22KRS

_____/

## **ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts One and Two of the Information is now accepted and the defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled for April 11, 2007, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on January 29, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies to:
U. S. Magistrate Judge Spaulding
Counsel of Record
U. S. Probation Office